# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MAURICE ROBINSON<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION<br>d/b/a **"AMTRAK"** | CIVIL ACTION<br><br>NO. 19-1881 |
|---|---|

## ORDER

**AND NOW**, this 18th day of August, 2020, upon consideration of the Amtrak's Motion for Summary Judgment (ECF 16), Plaintiff's Response in Opposition (ECF 18), and Amtrak's Reply (ECF 19), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Amtrak's Motion is **GRANTED** as to Plaintiff's Hostile Work Environment claims in **Counts II** and **III**, but is otherwise **DENIED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-1881 Robinson v Amtrak\19cv1881 Order re Motion for Summary Judgment.docx